HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LUIS HUMBERTO LAMAS GUZMAN,<br>Defendant. | Cause No. 25-213 JNW<br>**ORDER ON MOTION TO CONTINUE SENTENCING** |

This matter comes before the Court on the Defendant's Motion to Continue the Sentencing currently scheduled for December 10, 2026. Defense counsel has indicated that he needs more time to prepare for sentencing, and the Government has indicated that it has no objection to continuance of sentencing or to the proposed new sentencing date of February 11, 2027. Therefore, it is ordered that sentencing in this matter shall be continued to February 11, 2027, at 10:30 a.m.

//

//



*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818

DATED THIS 5th day of November, 2026

HON. JAMAL N. WHITEHEAD
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant



*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818