The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS HUMBERTO LAMAS GUZMAN,<br>Defendant. | NO. CR25-213-JNW<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Preliminary Order of Forfeiture (the "Motion") seeking to forfeit, to the United States, Defendant Luis Humberto Lamas Guzman's interest in the following property (collectively, the "Subject Property"), seized on or about October 28, 2025, from Defendant's residence, located at 16831 52nd Avenue W., Apt F15, Lynwood, Washington:

a. Approximately $6,300 in United States currency;

b. Approximately $14,700 in United States currency;



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

c. One Smith and Wesson M&P 380 Shield .380 caliber pistol, bearing serial number DLU9933, and any associated ammunition, seized from a black Ford F-150 truck at this location;

d. One Ruger EC9S 9mm pistol, bearing serial number 462-78659, and any associated ammunition;

e. One Glock 48 9mm pistol, bearing serial number BYKD416, and any associated ammunition;

f. One Derya Arms (Rock Island Armory) TM22 .22 caliber pistol, bearing serial number TG970-22A5475, and any associated ammunition; and

g. Any additional ammunition and magazines.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Preliminary Order of Forfeiture is appropriate for the following reasons:

1. The Subject Property is forfeitable pursuant to 21 U.S.C. § 853(a), as property that constituted proceeds of, and/or facilitated, Defendant's commission of *Conspiracy to Distribute Controlled Substances*, in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(B), and 846;

2. The firearms and associated ammunition described above at (c)-(f) are forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), as firearms and ammunition involved in Defendant's commission of *Conspiracy to Deal Firearms Without a License*, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D) and 371; and

3. In the Plea Agreement he entered on September 17, 2026, Defendant agreed to forfeit his interest in the Subject Property pursuant to 21 U.S.C. § 853, and to forfeit his interest in the firearms and ammunition identified above at (c)-(f), pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c) (*see* Dkt. No. 160 ¶ 12).



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 21 U.S.C. § 853, and his Plea Agreement, Defendant's interest in the Subject Property is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and his Plea Agreement, Defendant's interest in the firearms and ammunition identified above at (c)-(f) is fully and finally forfeited, in its entirety, to the United States;

3. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Preliminary Order will be final as to Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

4. The United States Department of Justice, the Drug Enforcement Administration (DEA), and/or its authorized agents or representatives, shall maintain the Subject Property in its custody and control until further order of this Court;

5. Pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n), the United States shall publish notice of this Preliminary Order and its intent to dispose of the Subject Property as permitted by governing law. The notice shall be posted on an official government website – currently www.forfeiture.gov – for at least 30 days. For any person known to have alleged an interest in the property, the United States shall, to the extent possible, provide direct written notice to that person. The notice shall state that any person, other than the defendant, who has or claims a legal interest in the property must file a petition with the Court within sixty (60) days of the first day of publication of the notice (which is thirty (30) days from the last day of publication), or within thirty (30) days of receipt of direct written notice, whichever is earlier. The notice shall advise all interested persons that the petition:

a. shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property;

b. shall be signed by the petitioner under penalty of perjury; and,



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

c. shall set forth the nature and extent of the petitioner's right, title, or interest in the property, as well as any facts supporting the petitioner's claim and the specific relief sought.

6. If no third-party petition is filed within the allowable time period, the United States shall have clear title to the property, and this Preliminary Order shall become the Final Order of Forfeiture as provided by Fed. R. Crim. P. 32.2(c)(2);

7. If a third-party petition is filed, upon a showing that discovery is necessary to resolve factual issues it presents, discovery may be conducted in accordance with the Federal Rules of Civil Procedure before any hearing on the petition is held. Following adjudication of any third-party petitions, the Court will enter a Final Order of Forfeiture, pursuant to Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n), reflecting that adjudication; and,

8. The Court will retain jurisdiction for the purpose of enforcing this Preliminary Order, adjudicating any third-party petitions, entering a Final Order of Forfeiture, and amending the Preliminary Order or Final Order as necessary pursuant to Fed. R. Crim. P. 32.2(e).

IT IS SO ORDERED.

DATED this 17th day of November, 2026.

THE HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov